**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Norman Uriah SIMMONDS, a.k.a.**
**Naquan Powell, Defendant–**
**Appellant.**

**No. 13–10649**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 21, 2013.

Steven D. Grimberg, Cynthia Smith, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Thomas C. Wooldridge, Wooldridge & Jezek, LLP, Norman Uriah Simmonds, USP Atlanta, Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Thomas Wooldridge, appointed appellate counsel for Norman Simmonds in this direct criminal appeal, has moved to withdraw from further representation of the defendant, and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because our independent review of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Simmonds's convictions and sentences are **AFFIRMED.**